# United States District Court

## Eastern District of Wisconsin

LEE R. CROUTHERS,

        JUDGMENT IN A CIVIL CASE

    Petitioner,

  v.

        CASE NUMBER: 05-C-1138

PAM WALLACE,

    Respondent.

[X]    Decision by Court. This action came for consideration before the Court.

**IT IS ORDERED AND ADJUDGED**
that the Petition is denied as untimely pursuant to 28 U.S.C. § 2244(d) and this case is dismissed.

        SOFRON B. NEDILSKY
        Clerk of Court

June 12, 2006        s/ V. Kelly Barton Terry
Date        (By) Deputy Clerk

        Approved this 12th day of June, 2006.

        s/AARON E. GOODSTEIN
        United States Magistrate Judge